IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MANUEL SALAZAR-ESPINOZA,

    Petitioner,

vs.                          CIVIL ACTION NO.: CV213-100

SUZANNE R. HASTINGS,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Manuel Salazar-Espinoza ("Salazar") filed Objections. In his Objections, Salazar asserts that his sole claim is that his money laundering convictions obtained in the Southern District of New York should be vacated based on United States v. Santos, 553 U.S. 507 (2008), and Cuellar v. United States, 553 U.S. 550 (2008). As the Magistrate Judge informed Salazar, it has already been determined that Salazar defaulted on his claims based on Santos and Cuellar and, even if he had not, he failed to show that he is actually innocent of his money laundering charges. (Doc. No. 12, p. 2). In addition, the Magistrate Judge informed Salazar that he did not meet the requirements of the savings

clause of 28 U.S.C. § 2255 because he raised any claims based on Santos and Cuellar on a previous occasion.

Salazar's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Salazar's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter an appropriate judgment of dismissal.

**SO ORDERED**, this 2 day of July, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)